PRAY et al., Appellants, v. C. A. BLANCHARD CO., Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by John A. Pray and others against the C. A. Blanchard Company. C. F.

Haviland, for appellants. L. H. Arnold, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.